STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY JACK HART and IRENE LINDSAY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a foreign corporation, DOE INDIVIDUALS 1-20 and DOES I through X and ROE ENTITIES 1-20,<br><br>Defendants. | CASE NO. 2:20-cv-00773-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE**<br>**(First Request)** |

Plaintiffs Danny Jack Hart and Irene Lindsay ("Plaintiffs") and Defendant Lowe's Home Centers, LLC ("Lowes") stipulate as follows:

1. Lowes filed its Motion to Set Aside Default on May 14, 2020 [ECF No. 9].

2. Plaintiffs filed their Response and Opposition to Defendants' Motion to Set Aside Default and for Sanctions on May 28, 2020 [ECF No. 11], which triggered the reply deadline of June 4, 2020. ECF No.11 inadvertently did not include exhibits.

1

3.   Plaintiffs refiled their Response and Opposition with the missing exhibits on June 2, 2020 [ECF No. 12].

4.   On June 3, 2020, the court terminated ECF No. 11.

5.   Lowes requires additional time to address the exhibits filed on June 2, 2020 in the reply brief.

6.   In addition, counsel for Lowes will be out of state from June 4, 2020 through June 9, 2020.

7.   There is therefore good cause and the parties agree to extend the reply deadline from June 4, 2020 to June 11, 2020.

8.   This is the first request to extend the reply deadline and is not being made for the purpose of delay.

| Dated: June 3, 2020. | Dated: June 3, 2020. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | RONALD A. COLQUITT ESQ. CHTD. |
| /s/ Ashlie L. Surur<br>Steven T. Jaffe, Esq.<br>Nevada Bar No. 7035<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Lowe's Home Centers, LLC* | /s/ Ronald A. Colquitt<br>Ronald A. Colquitt Esq.<br>Nevada Bar No. 4953<br>724 S. 9th Street<br>Las Vegas, NV 89101<br>and<br>John Dean Harper, Esq.<br>724 S. 9th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs Danny Jack Hart & Irene Lindsay* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2020

2

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2020, I served a true and correct copy of the foregoing Stipulation And Order To Extend Reply Deadline [First Request] on the following parties by electronic transmission through the Court's electronic filing system (CM/ECF)

Ronald A. Colquitt Esq.
RONALD A. COLQUITTESQ., CHTD
724 S. 9th Street
Las Vegas, NV 89101

And

John Dean Harper, Esq.
HARPER LAW OFFICE
724 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*


*/s/ Michele Stones*
An Employee of
**HALL JAFFE & CLAYTON, LLP**