**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DANNY JACK HART; IRENE LINDSAY, )
)
            Plaintiffs, )    Case No.: 2:20-cv-00773-GMN-DJA
vs. )
)    **ORDER**
LOWE'S HOME CENTERS, LLC, )
)
            Defendant. )
)
)

      Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel Albregts, (ECF No. 21), which recommends that Defendant Lowe's Home Centers, LLC's ("Defendant's") Motion to Set Aside Default, (ECF No. 9), be granted and Defendant's request for sanctions therein be denied.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

//

Here, no objections were filed, and the deadline to do so, August 5, 2020, has passed. (*See* Min. Order, ECF No. 21).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 21), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Set Aside Default, (ECF No. 9), is **GRANTED in part** and **DENIED in part**.  The Court **GRANTS** set aside of Default. The Court **DENIES** Defendant's request for sanctions.

**DATED** this __7__ day of August, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court