STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
KEVIN S. SMITH, ESQ.
Nevada Bar No. 007184
ksmith@lawhjc.com
JONATHAN A. RICH, ESQ.
Nevada Bar No. 15312
jrich@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Lowe's Home Centers, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY JACK HART and IRENE LINDSAY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a foreign corporation, DOE INDIVIDUALS 1-20, DOES 1-10, and ROE ENTITIES 1-20,<br><br>Defendants. | CASE NO. 2:20-cv-00773-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR PARTIES TO FILE OPPOSITION BRIEF TO PENDING MOTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, DANNY JACK HART and IRENE LINDSAY HART, by and through their attorneys, E. Brent Bryson, Esq., of E. Brent Bryson, Ltd., and Defendant LOWE'S HOME CENTERS, LLC, by and through its attorneys, Steven T. Jaffe, Esq., Kevin S. Smith, Esq., and Jonathan A. Rich, Esq., of Hall Jaffe & Clayton, LLP, as follows:

/ / /

/ / /

/ / /

1

That the deadline for Lowe's Home Centers, LLC to file an opposition brief to Plaintiff's Motion for Remand is extended for an additional seven (7) days beyond the current due date of March 21, 2022, until March 28, 2022.

DATED this 21st day of March 2022.                     DATED this 21st day of March 2022.

HALL JAFFE & CLAYTON, LLP                              E. BRENT BRYSON, LTD.


By:*/s/* Steven T. Jaffe                               By:*/s/ E. Brent Bryson*
Steven T. Jaffe, Esq.                                  E. Brent Bryson, Esq.
Nevada Bar No. 7035                                    Nevada Bar No. 5452
Kevin S. Smith, Esq.                                   3202 West Charleston Blvd.
Nevada Bar No. 7134                                    Las Vegas, NV 89102
Jonathan A. Rich, Esq.                                 *Attorneys for Plaintiff*
Nevada Bar No. 15312                                   *Danny Jack Hart*
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

**ORDER**

Based on the stipulation of the parties, the totality of the circumstances before the Court, and with good cause shown, the Court orders as follows:

IT IS ORDERED that the deadline for Lowe's Home Centers, LLC to file an opposition brief to Plaintiff's Motion for Remand is extended for an additional seven (7) days beyond the current due date of March 21, 2022, until March 28, 2022.

Respectfully submitted by:

HALL JAFFE & CLAYTON, LLP

By: */s/ Jonathan A. Rich, Esq.*
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
Jonathan A. Rich, Esq.
Nevada Bar No.15312
Kevin S. Smith, Esq.
Nevada Bar No. 7134
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

**IT IS SO ORDERED.**

Dated this  22  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

# Claudia Morrill

| | |
|---|---|
| **From:** | Jonathan A. Rich |
| **Sent:** | Monday, March 21, 2022 3:55 PM |
| **To:** | Claudia Morrill |
| **Cc:** | Steve Jaffe; Kevin Smith |
| **Subject:** | FW: Lowe's adv Hart re: Request for 48 hr extension to file opposition to motion to remand |
| **Attachments:** | SAO to Extend Deadline to File Opposition Brief.pdf |

Claudia,

I just spoke with Plaintiff's counsel Brent Bryson, Esq., about five minutes ago and he gave us his authorization to submit the SAO.

Respectfully,

Jonathan A. Rich, Esq.
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
Tel.: 702-316-4111
Fax: 702-316-4114
jrich@lawhjc.com



**From:** Jonathan A. Rich
**Sent:** Monday, March 21, 2022 3:47 PM
**To:** Eric Bryson <ebbesqltd@yahoo.com>
**Cc:** Steve Jaffe <SJaffe@lawhjc.com>; Kevin Smith <KSmith@lawhjc.com>; Lisa Holding <LHolding@lawhjc.com>; Claudia Morrill <CMorrill@lawhjc.com>
**Subject:** RE: Lowe's adv Hart re: Request for 48 hr extension to file opposition to motion to remand

Brent,

Thanks again for speaking with me this afternoon. Attached for your review is the proposed SAO to Extend the Deadline to File Opposition Brief. Please let me know if this is ok to submit.

Respectfully,

Jonathan A. Rich, Esq.