STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
KEVIN S. SMITH, ESQ.
Nevada Bar No. 007184
ksmith@lawhjc.com
JONATHAN A. RICH, ESQ.
Nevada Bar No. 015312
jrich@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Tel (702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Lowe's Home
Centers, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY JACK HART and IRENE LINDSAY, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWE'S HOME CENTERS, LLC, a foreign corporation, DOE INDIVIDUALS 1-20 and DOES I through X and ROE ENTITIES 1-20, <br><br> Defendants. | CASE NO. 2:20-cv-00773-GMN-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES [FOURTH REQUEST]** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No. 17], as set forth below.

1.    Pursuant to LR 26-3(a), the parties stipulate that the following discovery has been completed:

• On July 21, 2020, Plaintiff served his FRCP 26(a) Initial Disclosures.

• On August 21, 2020, Lowe's served its FRCP 26(a)(1) Initial Disclosure.

1

1   • On September 30, 2020, Lowe's served its First Set of Interrogatories to Plaintiff Danny
2      Jack Hart.
3   • On November 13, 2020, Plaintiff Danny Jack Hart served his responses to Lowe's First
4      Set of Interrogatories.
5   • On August 9, 2021, Lowe's served its First Set of Requests for Production of Documents
6      to Plaintiff Danny Jack Hart.
7   • On August 28, 2021, Plaintiff Danny Jack Hart served his responses to Lowe's First Set
8      of Requests for Production of Documents.
9   • On September 27, 2021, the parties conducted the videotaped deposition of Plaintiff
10     Danny Jack Hart.
11  • On October 19, 2021, Lowe's served its Second Set of Interrogatories to Plaintiff Danny
12     Jack Hart.
13  • On November 18, 2021, Plaintiff Danny Jack Hart served his responses to Lowe's Second
14     Set of Interrogatories.
15  • On February 22, 2021, Lowe's served its First Supplement to FRCP 26(a)(1) Initial
16     Disclosure.
17  • On April 29, 2022, Plaintiff served his First Supplement of Initial Disclosure of Witness
18     and Documents Pursuant to FRCP 26.1(a)(1).
19  • On November 23, 2021, Lowe's served its Second Supplement to FRCP 26(a)(1) Initial
20     Disclosure, and Rule 26(a)(3) Pretrial Disclosures
21  2.  Pursuant to LR 26-3(b), the parties stipulate that they need to complete the following
22     discovery:
23  • Deposition of Lowe's FRCP 30(b)(6) representative; and
24  • Any other discovery permitted by the Federal Rules of Civil Procedure, the stipulation of
25     the parties, or the order of the court.
26  ///
27  ///
28  ///

2

3.   Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:

This matter was removed to federal court on April 29, 2020. [ECF No. 1]. The parties submitted a joint discovery plan and scheduling order on June 8, 2020. [ECF No. 16].

On July 5, 2022, the parties filed a Joint Motion to Extend Discovery Deadlines. [ECF No. 51]. The primary purpose for requesting the extension was so that Plaintiff's counsel could conduct the deposition of Lowe's FRCP 30(b)(6) representative. *Id*, at pp 2 & 9.

On July 7, 2022, the Court entered its order granting the Joint Motion to Extend Discovery Deadlines. [ECF No. 52]

On July 26, 2022, Plaintiff noticed the deposition of Lowe's FRCP 30(b)(6) representative, with the deposition scheduled to take place on September 13, 2022 at 11:00 AM.

During the course of preparing for his deposition, Lowe's FRCP 30(b)(6) representative determined that Lowe's may have additional written policies or procedures that are responsive to Plaintiff's proposed topics of questioning for the deposition, which materials had not been previously disclosed to opposing counsel.

Upon being informed about the possible existence of additional responsive policies and procedures, counsel for Lowe's immediately contacted Plaintiff's counsel to bring this development to counsel's attention. Following discussion between lead counsel for Lowe's, Mr. Steven T. Jaffe, Esq., and lead counsel for Plaintiff, Mr. E. Brent Bryson, Esq., the parties determined that in furtherance of judicial economy, and to avoid the possibility of having to recall Lowe's FRCP 30(b)(6) representative for additional questioning, that the parties would vacate the current deposition date, stipulate to extend discovery for an additional sixty (60) days for the purpose of producing the additional responsive documentation, and reschedule the Lowe's FRCP 30(b)(6) deposition.

For these reasons, the parties agree that there is good cause to extend the discovery deadlines.

4.   Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:

3

a.    Extend the discovery cut-off deadline from September 26, 2022, to November 25, 2022.

b.    Extend the date to file dispositive motions from October 27, 2022, to December 26, 2022.

c.    Extend the date to file the Joint Pre-Trial Order from November 28, 2022, to January 27, 2023. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

d.    Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

5.    Based on the forgoing, the parties respectfully request that this Court approve this Stipulation to Extend the Time for Discovery sixty (60) days and to enter an Order amending the Scheduling Order, accordingly.

| | |
|---|---|
| Dated: September 12, 2022.<br><br>HALL JAFFE & CLAYTON, LLP<br><br>*/s/ Jonathan A. Rich, Esq.*<br>Steven T. Jaffe, Esq.<br>Nevada Bar No. 007035<br>Kevin S. Smith, Esq.<br>Nevada Bar No. 007184<br>Jonathan A. Rich, Esq.<br>Nevada Bar No. 015312<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Lowe's Home Centers, LLC* | Dated: September 13, 2022.<br><br>E. BRENT BRYSON, LTD.<br><br>*/s/ E. Brent Bryson Esq.*<br>E. Brent Bryson Esq.<br>Nevada Bar No. 004933<br>3202 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>*Attorneys for Plaintiff Danny Jack Hart* |

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this 14th day of _____September_____, 2022.

_____

UNITED STATES MAGISTRATE JUDGE

4

**Lisa Rico**

---

**From:** Eric Bryson <ebbesqltd@yahoo.com>
**Sent:** Tuesday, September 13, 2022 1:22 PM
**To:** Jonathan A. Rich <JRich@lawhjc.com>
**Subject:** Re: Lowe's adv Hart re: SAO to Extend Discovery Deadlines

Hey Jonathan, stip looks good you have my permission to affix my electronic signature to document. Brent

Sent from my iPhone


> On Sep 12, 2022, at 4:10 PM, Jonathan A. Rich <JRich@lawhjc.com> wrote:


Good Afternoon Brent,

Following your discussion with Steve earlier this afternoon, attached is a draft of the proposed SAO to Extend the remaining Discovery Deadlines for an additional sixty (60) days. Please let me know if you believe that any revisions need to be made, or alternatively, if we may affix your e-signature and submit to the Court.


Respectfully,

Jonathan A. Rich, Esq.
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
Tel.: 702-316-4111
Fax: 702-316-4114
jrich@lawhjc.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

