E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 004933
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
(702) 364-1234 Telephone
(702) 364- 1442 Facsimile
Ebbesqltd@yahoo.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANNY JACK HART, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a foreign corporation; STAN GARDENHIRE, an individual; JACK BUCHANAN, an individual; DOE INDIVIDUALS I-XX; and ROE ENTITIES I-XX,<br><br>Defendants. | Case No.: 2:20-cv-00773-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DANNY JACK HART, by and through his attorney, E. Brent Bryson, Esq. of E. Brent Bryson, Ltd., and Defendant LOWE'S HOME CENTERS, LLC, by and through its attorneys, Steven T. Jaffe, Esq. and Kevin S. Smith, Esq., of Hall Jaffe & Clayton, LLP, as follows:

1.  That Lowes filed its Motion for Summary Judgment on February 24, 2023 [ECF No. 57];

2.  That the deadline for Plaintiff's response brief in opposition to Defendant's motion for summary judgment is March 10, 2023;

///

3. That Plaintiff's counsel, Mr. E. Brent Bryson, Esq., has experienced a death in his family;

4. That, therefore, there is good cause and the parties agree to extend the deadline for Plaintiff to file his brief in opposition to Defendant's motion for summary judgment by an additional fourteen (14) days beyond the current due date of March 10, 2023, until March 24, 2023.

5. That this is the first request to extend Plaintiff's response deadline and is not being made for the purpose of delay.

DATED this 10th day of March, 2023.                    DATED this 10th day of March, 2023.

E. BRENT BRYSON, LTD.                                  HALL JAFFE & CLAYTON, LLP

*/s/ E. Brent Bryson*                                  */s/ Kevin S. Smith*
E. Brent Bryson Esq.                                   STEVEN T. JAFFE, ESQ.
Nevada Bar No. 004933                                  Nevada Bar No. 007035
ebbesqltd@yahoo.com                                    sjaffe@lawhjc.com
375 E. Warm Springs Road,                              KEVIN S. SMITH, ESQ.
Suite 104                                              Nevada Bar No. 007184
Las Vegas, NV 89119                                    ksmith@lawhjc.com
*Attorneys for Plaintiff,*                             7425 Peak Drive
*Danny Jack Hart*                                      Las Vegas, Nevada 89128
                                                       *Attorneys for Defendant,*
                                                       *Lowe's Home Centers, LLC*

# ORDER

Based on the stipulation of the parties and with good cause shown, the Court orders as follows:

**IT IS SO ORDERED** that the deadline for Plaintiff to file a response brief in opposition to Defendant's Motion for Summary Judgment is extended fourteen (14) additional days beyond the current due date of March 10, 2023, until March 24, 2023.

DATED this __10__ day of March, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

E. Brent Bryson, Ltd.

*/s/ E. Brent Bryson*
E. Brent Bryson Esq.
Nevada Bar No. 004933
375 E. Warm Springs Road,
Suite 104
Las Vegas, NV 89119
(702) 364-1234 Telephone
*Attorneys for Plaintiff,*
*Danny Jack Hart*