STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
KEVIN S. SMITH, ESQ.
Nevada Bar No. 007184
ksmith@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
Tel (702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY JACK HART and IRENE LINDSAY, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a foreign corporation, DOE INDIVIDUALS 1-20 and DOES I through X and ROE ENTITIES 1-20,<br><br>Defendants. | CASE NO. 2:20-cv-00773-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY TO THE PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DANNY JACK HART, by and through his attorney, E. Brent Bryson, Esq. of E. Brent Bryson, Ltd., and Defendant LOWE'S HOME CENTERS, LLC, by and through its attorneys, Steven T. Jaffe, Esq. and Kevin S. Smith, Esq., of Hall Jaffe & Clayton, LLP, as follows:

1. That Lowes filed its Motion for Summary Judgment on February 24, 2023 [ECF No. 57];

2. That the parties stipulated to extend the deadline for Plaintiff's response brief in opposition to Defendant's motion for summary judgment to March 24, 2023; [ECF No. 59];

3. That the Court granted that request and ordered that Plaintiff was permitted to March 24, 2023, to file a response brief to Defendant's motion for summary judgment; [ECF No. 59];

4. That, due to reasons unknown, Kevin S. Smith, Esq. did not receive electronic service of the Plaintiff's response brief, and only learned on April 14, 2023, that a response brief was filed;

5. That any reply to the Plaintiff's response brief was due on or before April 7, 2023, or fourteen (14) days after service of the response brief; [LR 7-2];

6. That, on March 3, 2023, the Court referred this matter to Magistrate Judge Daniel J. Albregts for settlement conference; [ECF No. 58];

7. That, on March 14, 2023, the Court issued its Order Setting Settlement Conference for May 24, 2023; [ECF No. 62];

8. That, on information and belief, the Court may not rule on the pending motion for summary judgment until after the pending Settlement Conference, in the interests of judicial economy;

9. Therefore, there is good cause and the parties agree to extend the deadline for Defendant to file its brief in reply to the Plaintiff's response in opposition to Defendant's motion for summary judgment by an additional fourteen (14) days to April 28, 2023.

. . .

. . .

. . .

10. That this is the first request to extend Defendant's response deadline and is not being made for the purpose of delay.

| | |
|---|---|
| Dated: April 14, 2023. | Dated: April 14, 2023. |
| HALL JAFFE & CLAYTON, LLP | E. BRENT BRYSON, LTD. |
| /s/ Kevin S. Smith, Esq.<br>Steven T. Jaffe, Esq.<br>Nevada Bar No. 007035<br>Kevin S. Smith, Esq.<br>Nevada Bar No. 007184<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant Lowe's Home Centers, LLC* | /s/E. Brent Bryson, Esq.<br>E. Brent Bryson Esq.<br>Nevada Bar No. 004933<br>3202 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>*Attorneys for Plaintiff Danny Jack Hart* |

**ORDER**

IT IS SO ORDERED.

Dated this __17__ day of April, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

Dated: April 14, 2023.

HALL JAFFE & CLAYTON, LLP

*/s/ Kevin S. Smith, Esq.*
Steven T. Jaffe, Esq.
Nevada Bar No. 007035
Kevin S. Smith, Esq.
Nevada Bar No. 007184
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Lowe's Home Centers, LLC*

3

## Lisa Rico

| | |
|---|---|
| **From:** | ebbesqltd@yahoo.com |
| **Sent:** | Friday, April 14, 2023 4:37 PM |
| **To:** | Kevin Smith |
| **Cc:** | Steve Jaffe; Lisa Rico; Lisa Holding; Noah Cicero |
| **Subject:** | Re: Hart - Lowe's Response to Hart's Opp & Settlement Conference |
| **Attachments:** | 4-14-23 EBB Signed Stip to Ext Time for Lowes to Reply to Opp to MSJ.pdf |

Dear Mr. Smith,

Mr. Bryson approves and you may affix his electronic signature or use his actual signature attached.

Respectfully,

Ron Hirsch
Legal Assistant to:

E. BRENT BRYSON, ESQ.
E. BRENT BRYSON, LTD.
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
P: 702-364-1234
F: 702-364-1442
ebbesqltd@yahoo.com
http://www.ebrentbrysonltd.com

**Confidentiality Notice:** The information contained in this electronic transmission, is privileged and confidential and is intended only for the recipient(s) named above.  If the reader of this message is not the recipient(s) named above, or an authorized agent of such recipient(s) responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this electronic transmission in error.  Any review, dissemination, distribution, or copying of this electronic transmission including any attachments is strictly prohibited.  If you have received this electronic transmission in error, please notify the sender immediately. Thank you.


On Friday, April 14, 2023 at 04:02:20 PM PDT, Kevin Smith <ksmith@lawhjc.com> wrote:


Attached is the proposed stip.  If acceptable, we will finalize and submit to the Court.  Please advise if we have Mr. Bryson's consent to sign electronically on behalf of the Plaintiff.


# KEVIN S. SMITH, ESQ.

## HALL JAFFE & CLAYTON, LLP

1